AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America | |
| v. | (SEALED) |
| ARAFAT M. NAGI | Case No. 15-M- 2122 |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **ARAFAT M. NAGI**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: Beginning in or about August 2012, and continuing until the return date of this criminal complaint, in the Western District of New York, and elsewhere, the defendant, ARAFAT M. NAGI, a citizen of the United States, knowingly did attempt to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b), that is, personnel and property, to a designated foreign terrorist organization, namely the Islamic State of Iraq and the Levant (ISIL), designated on October 15, 2004, and as amended May 15, 2014, under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist under section 1(b) of Executive Order 13224, knowing that ISIL was a designated foreign terrorist organization, had engaged and was engaging in terrorist activity, as that term is defined in Title 8, United States Code, Section 1182(a)(3)(B), and had engaged and was engaging in terrorism, as that term is defined in Title 22, United States Code, Section 2656f(d)(2), all in violation of Title 18, United States Code, Section 2339B(a)(1).

Date: July 28 2015   11:50 Am

*Issuing officer's signature*

City and State: Buffalo, New York

HONORABLE HUGH B. SCOTT
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

---

### Return

This warrant was received on *(date)* 7/28/2015, and the person was arrested on *(date)* 7/29/2015, at *(city and state)* Lackawanna, NY.

Date: 7/31/2015

*Arresting officer's signature*

AMANDA PIKE, SPECIAL AGENT
*Printed name and title*